UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMY BLUNT,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>J.S. JOHNSON, et al.,<br><br>　　　　　Defendants. | No. 2:15-cv-0412 WBS CKD P<br><br><br>ORDER |

　　　　Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On March 19, 2015, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that he could file objections to the findings and recommendations. Plaintiff has filed objections to the findings and recommendations.

/////
/////
/////
/////
/////

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that

1. The findings and recommendations filed March 19, 2015, are adopted in full;

2. The complaint is dismissed without prejudice as against all defendants other than defendant Johnson:

3. Plaintiff is granted 30 days from the date of this Order to file an amended complaint against the dismissed defendants if he can do so consistent with footnote 1 of the Magistrate Judge's Order of March 19, 2015 (Docket No. 7).

Dated:  May 7, 2015

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

blun0412.800