IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JIMMY BLUNT,** | Case No. 2:15-cv-00412 WBS CKD (PC) |
| Plaintiff, | **ORDER** |
| v. | |
| **J.S. JOHNSON, et al.,** | |
| Defendants. | |

Good cause appearing, Defendants' motion to modify the discovery and scheduling order to extend the deadline to file dispositive motions by 120 days is granted. Dispositive motions shall be filed on or before October 21, 2016.

Dated: June 6, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1