UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMY BLUNT, | No. 2:15-cv-0412 WBS CKD P |
| Plaintiff, | |
| v. | <u>ORDER</u> |
| J.S. JOHNSON, et al., | |
| Defendants. | |

Plaintiff is a California prisoner proceeding pro se with an action for violation of civil rights under 42 U.S.C. § 1983. Plaintiff's remaining claim is against defendant Johnson (defendant) for improper use of pepper spray against plaintiff on December 5, 2012. Plaintiff's claim arises under the Eighth Amendment.

Plaintiff has filed a motion asking the court compel further responses to certain requests for discovery. ECF No. 41. Since plaintiff filed his motion, two claims and defendant Bryant have been dismissed from this action. Also, in his reply brief, plaintiff abandons all of his arguments but one, which concerns the production of personnel records.

Plaintiff asks that defendant be ordered to produce any documents from his personnel file which show: 1) defendant used force against an inmate; 2) issued a "rules violation report" against the inmate in an attempt to justify the force used; 3) with the inmate having ultimately been found not guilty of the charges identified in the "rules violation report." Because such

1

documents could provide information relevant to plaintiff's excessive force claim, see Fed. R. Civ. P. 26(b), the court will order counsel for defendant to inform the court within 10 days whether such documents exist, and, if they do, submit them to the court for in camera review.

Accordingly, IT IS HEREBY ORDERED that:

1. Within 10 days, counsel for defendant shall inform the court whether there are any documents in defendant's personnel file which show:  1) defendant used force against an inmate; 2) issued a "rules violation report" against the inmate in an attempt to justify the force used; 3) with the inmate having ultimately been found not guilty of the charges identified in the "rules violation report."  If such documents exist, counsel for defendant shall file the documents with the court under seal for in camera review.

2. In all other respects, plaintiff's motion to compel is denied.

Dated:  October 4, 2016

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
blun0412.mtc