UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

JIMMY BLUNT,

    Plaintiff,

    v.

J.S. JOHNSON, et al.,

    Defendants.

No. 2:15-cv-0412 WBS CKD P

**ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

Jimmy Blunt, CDCR # V-91795, a necessary and material witness in a settlement conference in this case on January 13, 2017, is confined in California State Prison, Solano (SOL), in the custody of the Warden. In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Magistrate Judge Stanley A. Boone at Kern Valley State Prison (KVSP), 3000 West Cecil Avenue, Delano, California 93215 on Friday, January 13, 2017 at 8:30 a.m.

ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to participate in a settlement conference at the time and place above, until completion of the settlement conference or as ordered by the court.

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: Warden, SOL, P.O. Box 4000, Vacaville, California 95696:**

**WE COMMAND** you to produce the inmate named above to testify before Judge Boone at the time and place above, until completion of the settlement conference or as ordered by the court.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

Dated: December 30, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE