# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMY BLUNT,<br><br>          Plaintiff,<br><br>     v<br><br>J. S. JOHNSON, et al.,<br><br>          Defendants. | Case No. 2:15-cv-00412-WBS-CKD (PC)<br><br>ORDER FOLLOWING SETTLEMENT; VACATING DATES AND DIRECTING PARTIES TO FILE DISPOSITIVE DOCUMENTS |

This action was filed on February 11, 2015. On January 13, 2017, this Court conducted a settlement conference at Kern Valley State Prison. During the settlement conference, the parties reached a settlement agreement.

Based upon the settlement of this action, it is HEREBY ORDERED that:

1. All pending matters and dates in this action are VACATED; and

2. Dispositional documents shall be filed within seven (7) days for the date of service of this order.

IT IS SO ORDERED.

Dated:  **January 13, 2017**

UNITED STATES MAGISTRATE JUDGE

1